# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| United Launch Services, LLC and United | )    ASBCA No. 59634 |
|    Launch Alliance, LLC | ) |
| | ) |
| Under Contract Nos. FA8816-06-C-0001 | ) |
|                  FA8816-06-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:     Kevin G. MacCary, Esq.
                                                   Vice President & General Counsel

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                                     DCMA Chief Trial Attorney
                                                     Robert L. Duecaster, Esq.
                                                     Trial Attorney
                                                     Defense Contract Management Agency
                                                     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59634, Appeal of United Launch Services, LLC and United Launch Alliance, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals